AUSA KKD

FILED
JUL 0 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Jose Guadalupe RUBIO-Alarcon, Defendant. | Magistrate Case No.: '08 MJ 8594 COMPLAINT FOR VIOLATION OF 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

On June 30, 2008, within the Southern District of California, defendant Jose Guadalupe RUBIO-Alarcon did knowingly and intentionally import approximately 21 kilograms (46.2 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

[signature]
Cole Dotson, Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 1ST, DAY OF JULY 2008.

[signature]
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Jose Guadalupe RUBIO-Alarcon

STATEMENT OF FACTS

This statement of facts is based on personal observation, investigation, and information provided to US Immigration and Customs Enforcement Special Agent Cole Dotson.

On June 30, 2008, at approximately 1032 hours, Jose Guadalupe RUBIO-Alarcon entered the United States at the Calexico, California, West Port of Entry. RUBIO was the driver and registered owner of a 1996 Mitsubishi Galant, bearing Baja Mexico license plate AJA6547. The primary inspector, Customs and Border Protection Officer (CBPO) Brown referred the vehicle to the secondary lot for closer examination.

In the vehicle secondary lot, CBPO Alba utilizing a canine conducted an inspection of the vehicle. The canine responded to the rear, undercarriage of the vehicle.

A subsequent inspection of the vehicle by CBPO Mendibles revealed 18 packages concealed within the gas tank. CBPO Mendibles probed one of the packages and a sample of white powdery substance was obtained. The sample field-tested positive for cocaine. The 18 packages had a combined net weight of approximately 21 kilograms (46.2 pounds).

RUBIO was placed under arrest and was advised his Rights, per Miranda. RUBIO acknowledged, waived his rights, and agreed to answer questions. RUBIO stated he knew the vehicle contained cocaine. RUBIO stated that he was to be paid $2,500.00 to take the vehicle to Los Angeles, CA.