FILED
JUL 30 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE GUADALUPE RUBIO-ALARCON,<br>Defendant. | Criminal Case No. 08CR2489-L<br>I N F O R M A T I O N<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine (Felony) |

The United States Attorney charges:

On or about June 30, 2008, within the Southern District of California, defendant JOSE GUADALUPE RUBIO-ALARCON, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 21 kilograms (46.20 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: July 28, 2008.

KAREN P. HEWITT
United States Attorney

[signature]

CHARLOTTE E. KAISER
Assistant U.S. Attorney

CEK:jam:Imperial
7/25/08