AO 455(Rev. 5/85) Waiver of Indictment

FILED
JUL 3 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JOSE GUADALUPE RUBIO-ALACON

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR2489-L 08mj.8594/sp

I, JOSE GUADALUPE RUBIO-ALACON, the above named defendant, who is accused of committing the following offense:

Importation of Cocaine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7/30/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Jose Gpe Rubio A.
Defendant

for William W. Brown
Counsel for Defendant

Before
Judicial Officer